

No. 12–0030/AR. U.S. v. Michael C. Behenna. CCA 20090234. On consideration of the motions filed by the National Association of Criminal Defense Lawyers for leave to file Amicus Curiae brief, to participate in oral argument, and to correct errata, it is ordered that said motions to correct errata and for leave to file Amicus Curiae brief are hereby granted, and the motion to participate in oral argument is hereby denied.

No. 12–6005/AF. U.S. v. Robert C. Brissette. CCA 2011–07. On consideration of the certificate of review of the decision of the United States Air Force Court of Criminal Appeals on appeal by the United States under Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862 (2006), and Appellee's motion to dismiss, it is ordered that the decision of the United States Air Force Court of Criminal Appeals is affirmed, and the motion to dismiss is denied.*

A summary affirmance is consistent with the majority's position in *United States v. Fosler*, 70 M.J. 225 (C.A.A.F. 2011), and in light of *Fosler*, correctly resulted in the granting of Appellee's petition for extraordinary relief on January 3, 2012. However, because I adhere to my position in *Fosler*, I concur in denying the motion to dismiss, but dissent with regard to the *Fosler* issues for the reasons stated in my dissenting opinion in *Fosler*. 70 M.J. 225, 240–47 (C.A.A.F. 2011).

No. 12–6004/AR. U.S. v. Eric W. Cooper. CCA 20110914. On consideration of the certificate for review of the decision of the United States Army Court of Criminal Appeals on appeal by the United States under Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862 (2006), and oral argument, we note that because the Army Court of Criminal Appeals has returned the underlying matter to the military judge for clarification, no ripe interlocutory issue exists for this Court to decide. Given the procedural posture of this case, any decision we render on the certified issues

---

* BAKER, Chief Judge (concurring in part, dissenting in part):

would be premature. Accordingly, it is ordered that the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 12–0194/AR. U.S. v. Evan Vela. CCA 20080133. Appellant's motion to extend time to file a brief granted to March 21, 2012.

No. 12–0395/AR. U.S. v. Robert W. Medeiros. CCA 20081092. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 30, 2012.

No. 12–0338/AF. U.S. v. Michael J. Salinas. CCA S31983. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Air Force Court of Criminal Appeals is affirmed.*[See also ORDERS GRANTING PETITION FOR REVIEW this date.]

---

* It is directed that the promulgating order be corrected to reflect that the plea and finding to Charge IV (Art. 128) were guilty, vice not guilty.